# Court of Appeals
# of the State of Georgia

ATLANTA,  October 18, 2018

*The Court of Appeals hereby passes the following order:*

**A19E0015. Harpo v. The State.**

Wilhy Harpo has filed a consolidated "Emergency Petition for Interlocutory Appeal" and "Emergency Petition to Stay Criminal Trial Due to Unconstitutional Denial of All Access to the Superior Courts as a Pro Se Defendant." Harpo's petitions are hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/18/2018*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*